UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| ERIC REIBER, et al., | NO: 11-CV-0129-TOR |
|---|---|
| Plaintiffs, | |
| v. | ORDER GRANTING PLAINTIFFS' RENEWED MOTION FOR SUBSTITUTION |
| CITY OF PULLMAN, et al., | |
| Defendants. | |

BEFORE THE COURT is Plaintiffs' Renewed Motion to Substitute the Estate of Patrick Wilkins as a party for Defendant Patrick Wilkins (ECF No. 131). This matter is currently noted for hearing on March 15, 2013. There being no reason to delay a decision, the Court will hear the motion on an expedited basis.

DISCUSSION

Plaintiffs filed their original motion to substitute the Estate of Patrick Wilkins for Defendant Patrick Wilkins on January 17, 2013. The Court denied the motion with leave to renew, noting that the record did not reflect whether the motion and accompanying suggestion of death had been served upon the Estate of

ORDER GRANTING MOTION FOR SUBSTITUTION ~ 1

Patrick Wilkins in accordance with Federal Rule of Civil Procedure 25(a)(3).  ECF No. 130 at 2.

Plaintiffs have since established that their motion to substitute and suggestion of death were, in fact, served upon the Estate of Patrick Wilkins on January 23, 2013.  ECF No. 131-1.  Accordingly, the Court finds that Plaintiffs have complied with Rule 25(a)(3) and that substitution of the Estate of Patrick Wilkins for Defendant Patrick Wilkins is proper.  The motion is granted.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

Plaintiffs' Renewed Motion to Substitute the Estate of Patrick Wilkins as a party for Defendant Patrick Wilkins (ECF No. 131) is **GRANTED**.  The Estate of Patrick Eugene Wilkins is hereby **SUBSTITUTED** as a party-defendant for Defendant Patrick Wilkins.  The case caption shall be amended accordingly.

The District Court Executive is hereby directed to enter this Order, amend the case caption to reflect the substitution of the Estate of Patrick Eugene Wilkins for Defendant Patrick Wilkins, and provide copies to counsel.

**DATED** this 25th day of February, 2013.



THOMAS O. RICE
United States District Judge

ORDER GRANTING MOTION FOR SUBSTITUTION ~ 2