Case 2:11-cv-00129-TOR   Document 165   Filed 04/03/13

AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

ERIC REIBER; RUDY FISHER; CHRISTOPHER VOLK; JOHN GOLLNICK; JASON WILKINS; and CHRISTOPHER WEHRUNG,

         Plaintiffs,

v.

CITY OF PULLMAN, a political subdivision of the State of Washington, et al.,

         Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 11-CV-0129-TOR

[x] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED, that judgment is entered in favor of Plaintiff Eric Reiber in the amount of $325,800.00 and against Defendant City of Pullman and Defendant Estate of Patrick Wilkins; that judgment is entered in favor of Plaintiff Rudy Fisher in the amount of $135,000.00 and against Defendant City of Pullman and Defendant Estate of Patrick Wilkins; that judgment is entered in favor of Plaintiff Christopher Volk in the amount of $135,000.00 and against Defendant City of Pullman and Defendant Estate of Patrick Wilkins; that judgment is entered in favor of Plaintiff John Gollnick in the amount of $135,000.00 and against Defendant City of Pullman and Defendant Estate of Patrick Wilkins; that judgment is entered in favor of Plaintiff Jason Wilkins in the amount of $135,000.00 and against Defendant City of Pullman and Defendant Estate of Patrick Wilkins; and that judgment is entered in favor of Plaintiff Christopher Wehrung in the amount of $135,000.00 and against Defendant City of Pullman and Defendant Estate of Patrick Wilkins.

IT IS FURTHER ORDERED AND ADJUDGED, that judgment is entered in favor of Defendant Karen Sires and Defendant John Sherman and against all Plaintiffs.

April 2, 2013
*Date*

SEAN F. McAVOY
*Clerk*
s/ Linda L. Hansen
*(By) Deputy Clerk*
Linda L. Hansen