UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ERIC REIBER, et al.,<br><br>                    Plaintiffs,<br><br>     v.<br><br>CITY OF PULLMAN, et al.,<br><br>                    Defendants. | NO:  11-CV-0129-TOR<br><br>ORDER DENYING PLAINTIFFS' MOTION FOR ENTRY OF FINAL JUDGMENT AS MOOT |

BEFORE THE COURT is Plaintiffs' "Motion for Entry of Final Judgment as to All Claims" (ECF No. 173).  Although this matter was heard without oral argument, the Court has reviewed the pleadings and is fully informed.

DISCUSSION

The Judgment entered on April 3, 2013 (ECF No. 165) is a final judgment as to all causes of action which have been asserted in this case.  Federal Rule of Civil Procedure 54(b) does not apply because the Court did not certify its order granting partial summary judgment (ECF No. 107) for immediate appeal.  Accordingly, the

ORDER ~ 1

1  order granting partial summary judgment remained a non-final, non-appealable
2  order until it "merge[d] with the final judgment" on April 3, 2013. *Adkins v.*
3  *Mireles*, 526 F.3d 531, 538 (9th Cir. 2008); *see also Litchfield v. Spielberg*, 736
4  F.2d 1352, 1355 (9th Cir. 1984) ("An appeal from a final judgment draws in
5  question all earlier, non-final orders and rulings which produced the judgment.").
6  Plaintiffs' motion for entry of final judgment on all claims is denied as moot.

**IT IS HEREBY ORDERED:**

Plaintiffs' "Motion for Entry of Final Judgment as to All Claims" (ECF No. 173) is **DENIED as moot**.

The District Court Executive is hereby directed to enter this Order and provide copies to counsel.

**DATED** April 29, 2013.

THOMAS O. RICE
United States District Judge

ORDER ~ 2